AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

SEP - 3 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Isaias Saldierna-Espinoza

AKA: Isaias Saldierna-Espinosa

IAE  YOB: 1976
the United Mexican States
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-16-1643-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 2, 2016** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Isaias Saldierna-Espinoza was encountered by Border Patrol Agents near Rio Grande City, Texas on September 02, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 02, 2016, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 8, 2015, through Brownsville, Tx. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 20, 2013, the defendant was convicted of 8 USC 1326 Illegal Re-Entry by a previously deported alien after a felony conviction and sentenced to twenty-four (24) months confinement.

Continued on the attached sheet and made a part of this complaint: [ ] Yes [X] No

*Signature of Complainant*
Julio C. Peña  Senior Patrol Agent

Sworn to before me and subscribed in my presence,
**September 03, 2016**

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

*Signature of Judicial Officer*